**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Gace Consulting Engineers DPC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-5995207** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **148 Madison Avenue**<br>**New York, NY 10016**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.gace.net** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Gace Consulting Engineers DPC_____    Case number (*if known*) _____
                    Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5413__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor    **Gace Consulting Engineers DPC**                                    Case number (*if known*) _____
              Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    __Gace Consulting Engineers DPC_____    Case number (*if known*) _____
　　　　　Name

☐ $50,001 - $100,000　　　　　　☐ $10,000,001 - $50  million　　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　　　　☐ $50,000,001 - $100 million　　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　　　　☐ $100,000,001 - $500 million　　　☐ More than $50 billion

Debtor    **Gace Consulting Engineers DPC**                    Case number (*if known*)
_____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05|16|2023**
MM / DD / YYYY

X _Asikorski_                                    **Alyson Sikorski**
Signature of authorized representative of debtor    Printed name

Title    **Principal**

**18. Signature of attorney**    X _____        Date  05/17/23
Signature of attorney for debtor                        MM / DD / YYYY

**Eric J. Snyder**
Printed name

**Wilk Auslander LLP**
Firm name

**825 Eighth Avenue, Suite 2900**
**New York, NY 10019**
Number, Street, City, State & ZIP Code

Contact phone    **212-981-2300**        Email address    **esnyder@wilkauslander.com**

**2161164 NY**
Bar number and State

---

## WRIITEN CONSENT OF BOARD OF DIRECTORS

**WHEREAS**, Alyson Sikorski, Chris Behan and Chok-Pan Wong, the three directors of Gace Consulting Engineers DPC (the "Board") a New York Design Professional Services Corporation (the "Company"), have reviewed the materials presented by the management of the Company, and

**WHEREAS**, it is the judgment of the Board, that it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;and

**WHEREAS**, the Board has approved and consented to the actions set forth below;

**THEREFORE, BE IT RESOLVED**, that any member of the Board is authorized and directed to execute and deliver all documents necessary to perfect the filing of Chapter 11 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that either member of the Board are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the bankruptcy case; and

**BE IT FURTHER RESOLVED**, that the Company is authorized and directed to employ the law firm of Wilk Auslander LLP to represent the Company in such bankruptcy case.

Gace Consulting Engineers DPC

Executed on May 16, 2023        By: _____
                                     Alyson Sikorski
                                     Chairperson of the Board

100091285.1

**GACE Consulting Engineers, D.P.C.**
**Balance Sheet**
**As at December 31, 2022**

**Assets**

**Current Assets**

| | | |
|---|---:|---:|
| Cash | $    18,070 | |
| | | |
| Accounts Receivable | 1,824,607 | |
| Contract Assets | 282,245 | |
| Prepaid Insurance | 10,314 | |
| Prepaid Expenses | 37,702 | |
| Prepaid Taxes | 5,274 | |
| Employment Credits Receivable | 719,253 | |
| | | |
| Total Current Assets | | $  2,897,465 |

**Fixed Assets - At Cost**

| | | |
|---|---:|---:|
| Furniture & Fixtures | $    227,355 | |
| Office & Technical Equipment | 1,268,638 | |
| Leasehold Improvements | - | |
| Total | $  1,495,993 | |
| Less: Accumulated Depreciation | 1,468,870 | |
| | | |
| Net Fixed Assets | | 27,123 |

**Other Assets**

| | | |
|---|---:|---:|
| Security Deposits | $         - | |
| Cash in CD - Collateralized Letter of Credit | - | |
| | | |
| Total Other Assets | | - |
| | | |
| Total Assets | | $  2,924,588 |

**See accountant's compilation report**

2

**GACE Consulting Engineers, D.P.C.**
**Balance Sheet**
**As at December 31, 2022**

**Liabilities & Stockholders' Equity**

**Current Liabilities**

| | | |
|---|---:|---:|
| Line of Credit - Bank of America | $            - | |
| Loans Payable - Treasury Stock - Current Portion | 71,793 | |
| Accounts Payable | 346,155 | |
| Employee FSA Withholding | 4,135 | |
| Accrued Expenses Payable | 107,606 | |
| Accrued Payroll Payable | 35,832 | |
| Accrued Vacation & Sick Leave Payable | 255,789 | |
| Accrued Taxes Payable | 4,650 | |
| Deferred Revenue | 3,000 | |
| Deferred Income Taxes Payable | 117,106 | |
| | | |
| Total Current Liabilities | | $      946,066 |

**Long-term Liabilities**

| | | |
|---|---:|---:|
| PPP Loan Payable - SBA | $            - | |
| Loans Payable - Treasury Stock - Net of Current Portion | 164,448 | |
| EIDL Loan Payable - SBA | 150,000 | |
| | | |
| Total Long-term Liabilities | | 314,448 |

**Other Liabilities**

| | | |
|---|---:|---:|
| Provision for Claims | $            - | |
| Deferred Compensation Payable | 1,816,670 | |
| | | |
| Total Other Liabilities | | 1,816,670 |
| Total Liabilities | | $   3,077,184 |

**Stockholders' Equity**

| | | |
|---|---:|---:|
| Capital Stock | $      54,000 | |
| Additional Paid-in Capital | 237,977 | |
| Retained Earnings | 1,571,792 | |
| Total | $   1,863,769 | |
| Less: Treasury Stock - at cost | 2,016,365 | |
| | | |
| Total Stockholders' Equity | | (152,596) |
| | | |
| Total Liabilities & Stockholders' Equity | | $   2,924,588 |

See accountant's compilation report

3

**GACE Consulting Engineers, D.P.C.**
**Statements of Income and Retained Earnings**
**Years ended December 31, 2021 and 2020**

|  | 2021 | 2020 |
|---|---|---|
| **Income** | | |
| Gross Fee Revenue | $ 5,200,551 | $ 5,858,508 |
| Direct Expenses | 44,963 | 58,470 |
| Net Revenue | 5,155,588 | 5,800,038 |
| Direct Labor | 2,063,346 | 2,644,818 |
| Gross Profit | 3,092,242 | 3,155,220 |
| **Indirect Costs** | | |
| Indirect Labor | 1,174,453 | 1,273,506 |
| Expenses - Schedule 1 | 2,207,028 | 2,350,232 |
| Total Indirect Costs | 3,381,481 | 3,623,738 |
| Income (Loss) From Engineering Services | (289,239) | (468,518) |
| **Other Expenses -** Schedule 2 | 159,910 | 66,704 |
| Income (Loss) Before Other Income | (449,149) | (535,222) |
| **Other Income** | | |
| Interest Income | 1,189 | 4,050 |
| PPP Loan Forgiveness | 930,050 | - |
| Employee Retention Credits | 479,230 | - |
| Total Other Income | 1,410,469 | 4,050 |
| Income (Loss) Before Provision for Income Taxes | 961,320 | (531,172) |
| **Provision For Income Taxes** | | |
| Current | 2,875 | 6,875 |
| Deferred | 55,760 | (11,520) |
| Total Provision for Income Taxes | 58,635 | (4,645) |
| Net Income (Loss) For Year | 902,685 | (526,527) |
| Retained Earnings - Beginning of Year | 2,394,924 | 2,921,451 |
| Less: Distributions to Shareholders | - | - |
| Retained Earnings - End of Year | $ 3,297,609 | $ 2,394,924 |

See accountant's compilation report

4

**GACE Consulting Engineers, D.P.C.**
**Statements of Cash Flows**
**Years ended December 31, 2021 and 2020**

|  | 2021 | 2020 |
|---|---|---|
| **Cash Flows from Operating Activities** |  |  |
| Net Income (Loss) | $ 902,685 | $ (526,527) |
| Adjustments to Reconcile Net Income to Net Cash |  |  |
| Provided by Operating Activities: |  |  |
| Depreciation | 31,311 | 43,564 |
| (Increase) Decrease in : |  |  |
| Accounts Receivable | (272,235) | 182,560 |
| Contract Assets | (52,021) | 115,376 |
| Prepaid Insurance & Other Expenses | (2,236) | 86,034 |
| Prepaid Taxes | (500) | 3,500 |
| Employment Credits Receivable | (479,230) | - |
| Cash in CD - Collateralized Letter of Credit | (1,188) | 112,218 |
| Increase (Decrease) in: |  |  |
| Accounts Payable | (36,414) | 21,821 |
| Employee FSA Withholding Payable | 994 | 1,759 |
| Accrued Expenses Payable | 53,496 | (6,332) |
| Accrued Payroll Payable | 14,153 | (87,548) |
| Accrued Vacation & Sick Leave Payable | (21,576) | 125,653 |
| Accrued Taxes Payable | (83) | (5,983) |
| Deferred Income Taxes Payable | 55,760 | (11,520) |
| Total Adjustments | (709,769) | 581,102 |
| Net Cash Provided by (Used by) Operating Activities | 192,916 | 54,575 |
|  |  |  |
| **Cash Flows from Investing Activities** |  |  |
| Purchase of Fixed Assets | - | - |
| Net Cash Provided by (Used by) Investing Activities | - | - |
|  |  |  |
| **Cash Flows from Financing Activities** |  |  |
| Line of Credit - Bank of America | - | (490,000) |
| Loans Payable - Treasury Stock | 129,988 | 69,588 |
| PPP Loan Payable - SBA | - | 930,050 |
| EIDL Loan Payable - SBA | 150,000 | - |
| Deferred Compensation Payable | (332,809) | (336,500) |
| Purchase of Treasury Stock | (201,688) | (156,471) |
| Net Cash Provided by (Used by) Financing Activities | (254,509) | 16,667 |
|  |  |  |
| Net Increase (Decrease) in Cash | (61,593) | 71,242 |
| Cash at Beginning of Year | 90,052 | 18,810 |
| Cash at End of Year | $ 28,459 | $ 90,052 |
|  |  |  |
| **Supplemental Disclosures of Cash Flow Information** |  |  |
| Interest Paid | $ 2,267 | $ 12,101 |
| Income Taxes Paid | 2,875 | 6,875 |

See accountant's compilation report

5

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2021** |

For calendar year 2021 or tax year beginning _____ , 2021, ending _____ ,

| | | | | |
|---|---|---|---|---|
| **A** S election effective date **11/29/2006** | **TYPE OR PRINT** | GACE CONSULTING ENGINEERS, D.P.C. 105 MADISON AVENUE - FLOOR 6 NEW YORK, NY 10016 | **D** Employer identification number **20-5995207** | |
| **B** Business activity code number (see instructions) **541330** | | | **E** Date incorporated **11/29/2006** | |
| **C** Check if Schedule M-3 attached ☐ | | | **F** Total assets (see instructions) $ **777,430.** | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes  ☒ No

**H** Check if:  **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change
 **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year .................................... ► ___ 9

**J** Check if corporation:  **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales | **1a** 4,744,400. | | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 4,744,400. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 2,142,339. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 2,602,061. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 | ► | **6** | 2,602,061. |
| **D E D U C T I O N S (SEE INSTRS)** | **7** Compensation of officers (see instructions — attach Form 1125-E) | | **7** | |
| | **8** Salaries and wages (less employment credits) | | **8** | 1,027,144. |
| | **9** Repairs and maintenance | | **9** | 31,244. |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 641,679. |
| | **12** Taxes and licenses — SEE STATEMENT 1 | | **12** | 324,387. |
| | **13** Interest (see instructions) | | **13** | 1,311. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 11,144. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** | | **15** | |
| | **16** Advertising | | **16** | 300. |
| | **17** Pension, profit-sharing, etc., plans | | **17** | 69,355. |
| | **18** Employee benefit programs | | **18** | 291,662. |
| | **19** Other deductions (attach statement) — SEE STATEMENT 2 | | **19** | 782,755. |
| | **20** **Total deductions.** Add lines 7 through 19 | ► | **20** | 3,180,981. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | -578,920. |
| **T A X  A N D  P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2021 estimated tax payments and 2020 overpayment credited to 2021 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Add lines 23a through 23c | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26: **Credited to 2022 estimated tax** ►____  Refunded ► | **27** | | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | ► _____ Signature of officer    Date _____ | ► PRESIDENT _____ Title | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes  ☐ No |

| **Paid Preparer Use Only** | Print/Type preparer's name JOSEPH A. ALBANO, CPA | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00015738 |
|---|---|---|---|---|---|
| | Firm's name ► JOSEPH A. ALBANO, C.P.A., P.C. | | | Firm's EIN ► 11-2636839 | |
| | Firm's address ► 197 WELLINGTON ROAD GARDEN CITY, NY 11530 | | | Phone no. (516) 741-6991 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    SPSA0112  07/01/21    Form **1120-S** (2021)

Form 1120-S (2021)  GACE CONSULTING ENGINEERS, D.P.C.                                    20-5995207                Page **2**

| Schedule B | Other Information   (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1**  Check accounting method:  **a** [X] Cash   **b** [ ] Accrual   **c** [ ] Other (specify) ► _____

**2**  See the instructions and enter the:

**a** Business activity ► SERVICE _____     **b** Product or service ► CONSULTING ENGINEERS ____

**3**  At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ...... | | | X

**4**  At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below............................................ | | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below................. | | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a**  At the end of the tax year, did the corporation have any outstanding shares of restricted stock?................... | | | X

If "Yes," complete lines (i) and (ii) below.

 **(i)** Total shares of restricted stock............................................ ► _____

 **(ii)** Total shares of non-restricted stock....................................... ► _____

**b**  At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?...... | | | X

If "Yes," complete lines (i) and (ii) below.

 **(i)** Total shares of stock outstanding at the end of the tax year......................... ► _____

 **(ii)** Total shares of stock outstanding if all instruments were executed......................... ► _____

**6**  Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction?............................................ | | | X

**7**  Check this box if the corporation issued publicly offered debt instruments with original issue discount.............. ► [ ]

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8**  If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.

See instructions ........................................ ► $ _____

**9**  Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions............................................ | | | X

**10**  Does the corporation satisfy one or more of the following? See instructions............................ | | | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

**11**  Does the corporation satisfy **both** of the following conditions?............................................ | | | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

SPSA0112  07/01/21                                                                           Form **1120-S** (2021)

Form 1120-S (2021)  GACE CONSULTING ENGINEERS, D.P.C.                                20-5995207          Page 3

| Schedule B | Other Information (see instructions) *(continued)* | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X |
| | If "Yes," enter the amount of principal reduction. . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ | | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions. . . . . | | | | X |
| 14a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . | | | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X |
| | If "Yes," enter the amount from Form 8996, line 15. . . . . . . . . . . . . . . . . . . . . . . . ▶ $ | | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21). . . . . . . . . . . . . . | 1 | -578,920. |
| | 2 | Net rental real estate income (loss) (attach Form 8825). . . . . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss). . . . . . . . . . . . . . . 3a | | |
| | b | Expenses from other rental activities (attach statement). . . . . . . . . . . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a. . . . . . . . . . | 3c | |
| | 4 | Interest income. . . . . . . . . . . . . . . . . . | 4 | 1,189. |
| | 5 | Dividends:  a Ordinary dividends. . . . . . . . . . . . | 5a | |
| | | b Qualified dividends. . . . . . . . . . . . 5b | | |
| | 6 | Royalties. . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)). . . . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)). . . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss). . . . . . . . . . . . 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement). . . . . . . . . . . . 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797). . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions). . . . . . . . . Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562). . . . . . . . . . . | 11 | |
| | 12a | Charitable contributions. . . . . . . . . . . . SEE STATEMENT 3. . . . | 12a | 650. |
| | b | Investment interest expense. . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures. . . . . . . . . . . Type ▶ | 12c | |
| | d | Other deductions (see instructions). . . . . . . . . . . Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)). . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other). . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable). . . . . . | 13c | |
| | d | Other rental real estate credits (see instrs). . . . Type ▶ | 13d | |
| | e | Other rental credits (see instructions). . . . . . . . Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478). . . . . . . . . . | 13f | |
| | g | Other credits (see instructions). . . . . . . . . . . Type ▶    SEE STATEMENT 4 | 13g | 43,458. |
| **International Transactions** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance. . . . . . . . . . . . ▶ ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment. . . . . . . . . . . . . . | 15a | 32. |
| | b | Adjusted gain or loss. . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas). . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties — gross income. . . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties — deductions. . . . . . . . . | 15e | |
| | f | Other AMT items (attach statement). . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income. . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income  SEE STATEMENT 5 | 16b | 930,050. |
| | c | Nondeductible expenses. . . . . . . . . . . . . . | 16c | 23,282. |
| | d | Distributions (attach stmt if required) (see instrs). . . . . . . . . | 16d | |
| | e | Repayment of loans from shareholders. . . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued. . . . . . . . . . . . . . | 16f | |

BAA                                         SPSA0134   07/01/21                              Form **1120-S** (2021)

Form 1120-S (2021) GACE CONSULTING ENGINEERS, D.P.C.         20-5995207     Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| Other Infor- mation | **17a** Investment income | **17a** | 1,189. |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement)        SEE STATEMENT 6 | | |
| Recon- ciliation | **18  Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | **18** | -578,381. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** Cash | | | 90,054. | | 28,461. |
| **2a** Trade notes and accounts receivable | | | | | |
| **b** Less allowance for bad debts | | ( ) | | ( ) | |
| **3** Inventories | | | | | |
| **4** U.S. government obligations | | | | | |
| **5** Tax-exempt securities (see instructions) | | | | | |
| **6** Other current assets (attach stmt) SEE ST 7 | | | | | 479,230. |
| **7** Loans to shareholders | | | | | |
| **8** Mortgage and real estate loans | | | | | |
| **9** Other investments (attach statement) | | | | | |
| **10a** Buildings and other depreciable assets | | 1,635,944. | | 1,635,944. | |
| **b** Less accumulated depreciation | | ( 1,547,104.) | 88,840. | ( 1,558,248.) | 77,696. |
| **11a** Depletable assets | | | | | |
| **b** Less accumulated depletion | | ( ) | | ( ) | |
| **12** Land (net of any amortization) | | | | | |
| **13a** Intangible assets (amortizable only) | | | | | |
| **b** Less accumulated amortization | | ( ) | | ( ) | |
| **14** Other assets (attach stmt) SEE ST 8 | | | 190,855. | | 192,043. |
| **15** Total assets | | | 369,749. | | 777,430. |
| **Liabilities and Shareholders' Equity** | | | | | |
| **16** Accounts payable | | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | 69,588. | | 199,576. |
| **18** Other current liabilities (attach stmt) SEE ST 9 | | | 3,429. | | 4,423. |
| **19** Loans from shareholders | | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | | | | 150,000. |
| **21** Other liabilities (attach statement) SEE ST 10 | | | 930,050. | | 930,050. |
| **22** Capital stock | | | 54,000. | | 54,000. |
| **23** Additional paid-in capital | | | 237,977. | | 237,977. |
| **24** Retained earnings | | | 833,895. | | 1,162,282. |
| **25** Adjustments to shareholders' equity (att stmt) | | | | | |
| **26** Less cost of treasury stock | | | ( 1,759,190.) | | ( 1,960,878.) |
| **27** Total liabilities and shareholders' equity | | | 369,749. | | 777,430. |

SPSA0134  07/14/21                              Form **1120-S** (2021)

COPY

Fill in this information to Identify the case:

Debtor name    **Gace Consulting Engineers DPC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05|16|2023**        x _____
                                    Signature of individual signing on behalf of debtor

                                    **Alyson Sikorski**
                                    Printed name

                                    **Principal**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Gace Consulting Engineers DPC** | |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**148 Mad New Owner LLC**<br>**c/o GFP Real Estate**<br>**515 Madison Avenue**<br>**New York, NY 10022**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**A&R Real Estate**<br>**105 Madison Avenue, #19**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Rent**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$694,775.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Alliant Group**<br>**3009 Post Oak Boulevard**<br>**Suite 2000**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$50,625.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Alliant Group**<br>**3010 Post Oak Boulevard**<br>**Suite 2000**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$44,531.00** |

| Debtor | **Gace Consulting Engineers DPC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address | | **$68,522.00**

**American Express**
P.O. Box 1270
Newark, NJ 07101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | | **$0.00**

**American Vending**
P.O. Box 305
Mount Freedom, NJ 07970

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | | **$551,419.00**

**Andrzej Okolski**
303 Argyle Place
Bellmore, NY 11710

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | | **$0.00**

**Bentley Systems**
685 Stocton Drive
Exton, PA 19341

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | | **$0.00**

**Bluebeam**
443 S. Raymond Avenue
Pasadena, CA 91105

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | | **$140,214.00**

**Brad Kiefer**
146 President Street
Lynbrook, NY 11563

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Breach**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | | **$0.00**

**Computers and Structures Inc.**
1646 N, California Blvd
Walnut Creek, CA 94596

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gace Consulting Engineers DPC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D&D Carting Co. Inc**
**107 8th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deltek**
**P.O. Box 79581**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Direct Clean Service Solutions**
**36-06 43rd Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Document Solutions Leasing**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**EIDL**
**US. Small Business Administart**
**409 3rd Street, SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hagerman & Company**
**505 Sunset Court**
**P.O. Box 139**
**Mt Zion, IL 62549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,497.00 |
|---|---|---|---|

**Heather Schuster**
**174 Hawthorne Avenue**
**Glen Ridge, NJ 07028**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Breach**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   __Gace Consulting Engineers DPC__                                    Case number (if known) _____
        Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Internet**
**P.O. Box 11816**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,285.00 |

**Jason Johnson**
**477 FDR Drive**
**Apt M1703**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689,754.00 |

**John Whelan**
**637 Bloomfield Avenue**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,429.00 |

**Kevin Cheng**
**3 Cary Road**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Breach**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576,036.00 |

**Michael Guilfoyle**
**39-94 44th Street**
**Sunnyside, NY 11104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Newforma**
**1750 Elm Street**
**9th Floor**
**Manchester, NH 03104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**People Premium Finance**
**200 Unity Circle North**
**Suite E**
**Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Gace Consulting Engineers DPC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Structure Point**
**5420 Old Orchard Road**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sunlife**
**P.O. Box 7247**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Travellers**
**AJG Risk Management Services**
**200 Jefferson Park**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Smith Krantz**<br>**1123 Broadway**<br>**Suite 317**<br>**New York, NY 10010** | Line __3.2__<br><br>☐  Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,038,087.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,038,087.00 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Gace Consulting Engineers DPC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&R Real Estate 105 Madison Avenue, #19 New York, NY 10016 | | Rent | Disputed | | | $694,775.00 |
| Alliant Group 3009 Post Oak Boulevard Suite 2000 Houston, TX 77056 | | | Disputed | | | $50,625.00 |
| Alliant Group 3010 Post Oak Boulevard Suite 2000 Houston, TX 77056 | | | Disputed | | | $44,531.00 |
| American Express P.O. Box 1270 Newark, NJ 07101 | | | | | | $68,522.00 |
| Andrzej Okolski 303 Argyle Place Bellmore, NY 11710 | | | | | | $551,419.00 |
| Brad Kiefer 146 President Street Lynbrook, NY 11563 | | Breach | Disputed | | | $140,214.00 |
| EIDL US. Small Business Administart 409 3rd Street, SW Washington, DC 20416 | | | | | | $150,000.00 |
| Heather Schuster 174 Hawthorne Avenue Glen Ridge, NJ 07028 | | Breach | Disputed | | | $12,497.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

Debtor  __Gace Consulting Engineers DPC__                              Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jason Johnson 477 FDR Drive Apt M1703 New York, NY 10002 | | | | | | $50,285.00 |
| John Whelan 637 Bloomfield Avenue Hoboken, NJ 07030 | | | | | | $689,754.00 |
| Kevin Cheng 3 Cary Road Great Neck, NY 11021 | | Breach | Disputed | | | $9,429.00 |
| Michael Guilfoyle 39-94 44th Street Sunnyside, NY 11104 | | | | | | $576,036.00 |