PRESENTMENT DATE: **November 27, 2023 at 4:00 p.m. (EST)**
OBJECTION DEADLINE: **November 20, 2023 at 4:00 p.m. (EST)**

**WILK AUSLANDER LLP**
825 Eighth Avenue, 29th Floor
New York, NY 10019
(212) 981-2300
Eric J. Snyder, Esq.

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------x
In re:                             :
                                   :    Chapter 11
GACE CONSULTING ENGINEERS, D.P.C., :
                                   :    Case No. 23-10789(lgb)
                Debtor.[1]         :
                                   :
-----------------------------------x

## NOTICE OF PRESENTMENT OF STIPULATION
## BETWEEN A&R REAL ESTATE AND THE DEBTOR

**PLEASE TAKE NOTICE** that Gace Consulting Engineers, D.P.C., the debtor herein (the "Debtor"), will present the Stipulation (the "A&R Stipulation") between the Debtor and A&R Real Estate, Inc., to the Honorable Lisa G. Beckerman, United Stated Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, NY 10004, Room 623, for signature on **November 27, 2023 at 4:00 p.m. (EST)**(the "Presentment Date"). A copy of the Retention Order is annexed to the A&R Stipulation as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that any objection ("Objection") to entry of the Retention Order must be timely filed with the Bankruptcy Court in accordance with the Bankruptcy Court's ECF system, with a copy delivered to the Bankruptcy Judge's chambers, and served upon the undersigned counsel for the Debtor and all parties that may be entitled to receive

---

[1] The last four digits of the Debtor's tax identification number are 5207.

100110357.1

notice, so as to be received no later than **November 20, 2023 at 4:00 pop.m. (EST)**(the Objection Date").

**PLEASE TAKE FURTHER NOTICE**, that, if no Objection is filed by the Objection Date, the Retention Order may be signed on the Presentment Date.

Dated: New York, New York
November 9, 2023

**WILK AUSLANDER LLP**

By: /s/ Eric J. Snyder
Eric J. Snyder, Esq.
825 Eighth Avenue, 29th Floor
New York, New York 10019
(212) 981-2300

*Counsel for Debtor and
Debtor-in-Possession*

100110357.1