# Exhibit 1

100110357.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:

                                 **Chapter 11**

GACE CONSULTING ENGINEERS DPC,

                                 **Case No. 23-10789 (lgb)**

        Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STIPULATION AND ORDER FIXING CLAIM WITH A&R REAL ESTATE, INC.

**WHEREAS**, on May 17, 2023 (the "Petition Date"), Gace Structural Engineers, DPC, the debtor herein (the "Debtor") filed a voluntary petition for relief under the Bankruptcy Code; and

**WHEREAS**, the Bankruptcy Court entered an order rejecting the lease between the Debtor and A&R Real Estate, Inc. ("A&R"), as of the Petition Date [ECF # 26]; and

**WHEREAS**, A&R filed a proof of claim in Debtor's bankruptcy case equal to $2,384,593.11 [POC # 3](the A&R POC"); and

**WHEREAS**, the Debtor and A&R have agreed to fix the A&R POC under certain terms and conditions, it is hereby

**ORDERED AN AGREED** as followed:

1. The A&R POC shall be fixed in the amount of $1,650,000 and shall be treated as a Class 3 general unsecured claim under any plan confirmed by the Bankruptcy Court under Section 1121 of the Bankruptcy Code (the "Plan").

2. A&R shall vote in favor of any Plan which complies with paragraph 1 of this

stipulation and order filed by the Debtor and transmitted to A&R for voting purposes.

**SICONOLFI PLLC**

By: /s/ Sally Sincolfi
      Sally Siconolfi
2 Peter Cooper Road #4G
New York, New York 10010
Phone: 646-245-8949

*Counsel for A&R Real Estate, Inc.*

**WILK AUSLANDER LLP**

By: /s/ Eric J. Snyder
      Eric J. Snyder, Esq.
825 Eighth Avenue, Suite 2900
New York, NY 10019
(212) 981-2300
*Counsel for the Debtor*

SO ORDERED this __ day of November, 2023

HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE